UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 6:24-cr- 00377-MC |
| v. | INDICTMENT |
| ANDREA MORROW, | 18 U.S.C. § 115(a)(1)(A) and (B) |
| Defendant. | |

THE GRAND JURY CHARGES:

### COUNT 1
**(Threatening the Immediate Family of a United States Judge)**
**(18 U.S.C. § 115(a)(1)(A))**

On or about September 20, 2024, in the District of Oregon, defendant **ANDREA MORROW**, did threaten to assault and murder immediate family members of Adult Victim 1 (AV1), a United States judge, with intent to impede, intimidate, interfere with and retaliate against AV1, while AV1 was engaged in or on account of the performance of AV1's official duties.

In violation of Title 18, United States Code, Section 115(a)(1)(A).

///

///

///

///

## COUNT 2
### (Threatening a United States Judge)
### (18 U.S.C. § 115(a)(1)(B))

On or about September 20, 2024, in the District of Oregon, defendant **ANDREA MORROW**, did threaten to assault and murder AV1, a United States judge, with intent to impede, intimidate, interfere with and retaliate against AV1, while AV1 was engaged in or on account of the performance of AV1's official duties.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

Dated: October 4, 2024

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

NATALIE K. WIGHT
United States Attorney

ADAM E. DELPH
Assistant United States Attorney

**Indictment**  Page 2